STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael L. Barras
Attorney at Law
P. O. Box 11340
New Iberia LA 70562-1340

**REHEARING ACTION: May 9, 2012**

**Docket Number: 11   01086-CA**

**LAKEISHA BROOKS
VERSUS
POPEYES, INC., ET AL.**

**Appealed from St. Martin Parish Case No. 72626**

**BEFORE JUDGES**:

   **Hon. Ulysses Gene Thibodeaux
   Hon. Sylvia R. Cooks
   Hon. Elizabeth A. Pickett
   Hon. J. David Painter
   Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lakeisha Brooks** has this day been

   **GRANTED TO DOCKET**.  The case is set for oral argument on May 30, 2012
   at 10:30 a.m.
   Pickett, J.,  would deny the rehearing.
   Keaty, J., would deny the rehearing.

And, the request for en banc rehearing filed by **Lakeisha Brooks** has this day been

   **DENIED.**
   Cooks, J., would grant the request for en banc rehearing.

cc: Stanford B. Gauthier, II, Counsel for the Appellant